FILED
CLERK, U.S. DISTRICT COURT
11/18/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VP___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ESTRADA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 16-0575-KK<br><br>JUDGMENT |

Pursuant to sentence four of Title 42 of the United States Code, section 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

Dated: November 18, 2016

　　　　　　　　　　　　　　　　　　　/s/ Kenly Kiya Kato
　　　　　　　　　　　　　　　　　　HONORABLE KENLY KIYA KATO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge